1 **WO**

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America, for the Use) and Benefit of First Call Mechanical, Inc.,) a California corporation, ) ) Plaintiff, ) ) vs. ) ) Sundt Construction, Inc., a California ) corporation; and Fidelity and Deposit ) Company of Maryland, a Maryland ) corporation; Federal Insurance ) Company, a New Jersey corporation, ) ) Defendants. ) ) | No. CV-07-0673-PHX-LOA  **ORDER TO SHOW CAUSE** |

This matter arises on the Court's review of the file. Plaintiff commenced this action on or about March 26, 2007. (docket #1)  On April 13, 2007, the Court issued a Notice of Assignment and Order (docket #8) ordering that Plaintiff shall file on or before April 23, 2007 its written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.  The Court further ordered that Plaintiff shall serve upon the Defendants the appropriate consent form, electronically transmitted to William Lee Bruckner, and also mailed to Jessica J. Snyder and Charles Walker, counsel for Plaintiff, on March 30, 2007 at the time of service of its Complaint upon the Defendants.

As of this date, the Plaintiff has failed to file its written election to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.  It is

1  unknown to the Court if Plaintiff has yet served each of the Defendants with its Complaint and
2  the appropriate consent form.
3        Dismissal of a complaint for failure to comply with the procedural rules of the
4  court is within the court's discretion.  *Original Ballet Russe, Ltd. v. Ballet Theatre, Inc.,* 133
5  F.2d 187, 188 (2nd Cir. 1943); *Sergio Bautista et al. v. Los Angeles County*, 216 F.3rd 837 (9th
6  Cir. 2000).  Moreover, district courts have the inherent power to control their dockets and in the
7  exercise of that power may impose sanctions including, where appropriate, dismissal of a case.
8  *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).
9        Because the period within which Plaintiff was to file its written election has
10 passed the Court orders Plaintiff to show cause on or before **May 11th, 2007** why sanctions
11 should not be imposed upon Plaintiff for failure to comply with the Court's order.
12       Accordingly,
13       **IT IS HEREBY ORDERED** that Plaintiff show cause in writing, on or before
14 **May 11, 2007** why sanctions should not be imposed upon Plaintiff for failure to comply with
15 the Court's April 13, 2007 Order.  Plaintiff may discharge any sanction by either consenting to
16 magistrate jurisdiction or electing the case be assigned to a district judge on or before May 11,
17 2007.
18       DATED this 3rd day of May, 2007.

                    Lawrence O. Anderson
                    United States Magistrate Judge