**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| The United States of America, for the Use and Benefit of First Call Mechanical, Inc., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Sundt Construction, Inc., a California corporation; and Fidelity and Deposit Company of Maryland, a Maryland corporation; Federal Insurance Company, a New Jersey corporation,<br><br>Defendants. | No. CV-07-0673-PHX-LOA<br><br>**ORDER** |

This matter arises on the Court's review of the file.  Plaintiff has submitted it's Agreement to Magistrate Judge Jurisdiction form and voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

**IT IS ORDERED discharging** the Court's Order to Show Cause issued to Plaintiff on May 3, 2007 (docket #13).

DATED this 8th day of May, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge