**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, for the Use and Benefit of First Call Mechanical, Inc., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>Sundt Construction, Inc., a California corporation; Fidelity and Deposit Company of Maryland, a Maryland corporation; and Federal Insurance Company, a New Jersey corporation,<br><br>        Defendants | No. CV-07-0673-PHX-LOA<br><br>**NOTICE OF ASSIGNMENT AND ORDER** |

      Pursuant to Local Rule 3.8(a), LRCiv, Rules of Practice, effective December 1, 2006, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

      As a result of the aforesaid Local Rule and assignment, if all parties consent in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge. To either consent to the assigned magistrate judge or to elect to have the case heard before a U.S. district judge, the appropriate section of the form, entitled Consent To Exercise Of

1 Jurisdiction By United States Magistrate Judge[1], must be completed and signed. The party
2 filing the case or removing it to this Court is responsible for serving all parties with the
3 consent forms. Each party must file a completed consent form and certificate of service with
4 the Clerk of the Court not later than 20 days after entry of appearance, and must serve a copy
5 by mail or hand delivery upon all parties of record in the case.

6 Any party is free to withhold consent to magistrate judge jurisdiction without
7 adverse consequences. 28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson v.*
8 *Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that consent is
9 the "touchstone of magistrate [judge] jurisdiction" under 28 U.S.C. §636(c).

10 A review of the Court's file indicates that an Answer was filed by Defendants
11 Sundt Construction, Inc., Federal Insurance Company and Fidelity and Deposit Company of
12 Maryland on May 1, 2007 (docket #9).

13 It is unknown if a copy of the appropriate consent form, electronically
14 transmitted to Plaintiffs' counsel on March 26, 2007 by the Clerk, was served with the
15 Complaint and Summons upon Defendants Sundt Construction, Inc., Federal Insurance
16 Company and Fidelity and Deposit Company of Maryland per the written instructions from
17 the Clerk.

18 **IT IS ORDERED** that Defendants Sundt Construction, Inc., Federal Insurance
19 Company and Fidelity and Deposit Company of Maryland shall execute and file within 20
20 days of the date of this Order either a written consent to the exercise of authority by the
21 magistrate judge or a written election to have the case reassigned to a United States district
22 judge.

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov. To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page, then click on "Forms" on the left side of the page and then click on and print the appropriate form.

- 2 -

**IT IS FURTHER ORDERED** that the undersigned will not address Defendants Sundt Construction, Inc., Federal Insurance Company and Fidelity and Deposit Company of Maryland's Motion to Stay (docket #10) until such time as Defendants Sundt Construction, Inc., Federal Insurance Company and Fidelity and Deposit Company of Maryland have either voluntarily consented to United States magistrate judge jurisdiction or elected to have the case assigned to a district judge.

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2006. The District's Rules of Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/. All other rules may be found as www.uscourts.gov/rules/. The fact that a party is acting pro se does not discharge this party's duties to "abide by the rules of the court in which he litigates." *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986).

DATED this 8th day of May, 2007.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge

- 3 -